## Rick Bisher

**From:** Rick Bisher

**Sent:** Thursday, June 25, 2009 9:51 AM

**To:** 'Michelle Skeens'

**Cc:** Derek Ingle

**Subject:** tubbs

I hope this finds you well. I have reviewed the report prepared by Mr. Schratz and I have couple of questions. He indicates that he reviewed the claim file – "Bates C&I 100001-11209" (no indication that claim file was redacted). He references claim activities dated August 14, 2008 (no bate stamp reference provided), which is after the filing of the bad faith petition according to his time line. For one of the August 14, 2008 entries he states, *"Also on August 14, 2008 Shannon requested a check be sent overnight in the amount of $1,165.29 to Dell Catalog Sales L.P. This included the total for the computer, printer and supplies. On that same day the check request was processed and sent to Dell via UPS."*

My questions are, was the expert provided the entire claim file, including the redacted portions? What document(s) did he review which would allow him to state that on August 14, 2008 the adjustor requested that a check be sent overnight to Dell? Please identify the document by bates number. I again reviewed the activity log of the claim file and did not locate any entries dated August 14, 2008. The latest 2008 entry that I encountered is dated 7/17/08. Not sure what portion of the claim file the August 14, 2008 entry would appear other than in the activity notes...if I have overlooked the entry I would appreciate your assistance in regards to where the entry is located. We obviously know that Mr. Tubbs did not receive the computer in August of 2008.

It would appear, based on my review of the activity log, that the entry is either contained somewhere else in the claim file or that he reviewed the redacted portion the claim activity notes of the claim file to obtain that information. If that later is the case, then the defendants have certainly waived their objection to the production of the redacted portion of the claim file. I certainly did not agree to limit the production of the claim file up to the time the bad faith case was filed to allow the defendants expert to base his opinions on materials that I do not have. I would appreciate an immediate response since the deadline for Daubert motions is July 1, 2008. I received the report on June 23, 2009. I am scheduled to be out of the office commencing on June 29th and returning on July 6 (a planned vacation). I am trying to get the motion ready to file before I leave. This issue will most likely surface in the plaintiff's motion so I need your assistance in clarifying this issue.

Also, please consider the following a formal request for production - please produce:

- The CD (if the claim file was provided by CD – if not the hard copy) containing the claim file that was produced to Mr. Schratz.
- The documents and materials pertaining to the subject matter of this litigation that you sent to, and received from, Mr. Schratz.

I certainly want to thank you in advance for your cooperation regarding the above, and I will be in the office all day today if you desire to discuss the above.

Rick W. Bisher
Ryan Bisher Ryan
4323 NW 63rd St., Suite 110
Oklahoma City, OK 73116
405-528-4567
1-800-725-2222
rbisher@rbrlawfirm.com
www.rbrlawfirm.com

Tulsa Office
1516 South Boston, Suite 210
918-627-4567

EXHIBIT
tabbies
1