Lon Huff, C.R.C., C.D.M.S., L.P.C.
President

LDH
CONSULTANTS INC.

Ann Chipman
Vice President

December 15, 2008

The Honorable Mary A. Black, Judge
Workers' Compensation Court of Oklahoma
1915 North Stiles
Oklahoma City, Oklahoma 73105

| | | | |
|---|---|---|---|
| Claimant: | Larry Tubbs | Respondent: | Trace, Inc. |
| Attorney: | Antony C. Link | Attorney: | David P. Reid |
| Consultant: | Julie Harvey | Ins Carrier: | AIG, Inc. |
| Claim #: | 710-213879 | WCC#: | 2006-02077-R |
| SS#: | 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 | | |
| DOI: | January 26, 2006 | LDH #: | T07-0297-R |

| | |
|---|---|
| Name of Plan: | Short-Term Computer Classes |
| Location of Plan: | Great Plains Technology Center, Lawton, Oklahoma |
| Beginning Date: | Spring, 2008 |
| Completion Date: | Spring, 2009 (Extended Due to Computer Purchase) |

## VOCATIONAL PROGRESS REPORT

### NARRATIVE

On August 28, 2007, **LDH Consultants, Inc.**, completed a Vocational Evaluation for Mr. Tubbs. In November, 2007, a Court Order awarded Mr. Tubbs Option A of the Vocational Evaluation, Short-Term Computer classes, not to exceed $2,500.00 through Great Plains Technology Center, as well as the purchase of a computer, not to exceed $1,200.00.



EXHIBIT
4
tabbies

On January 10, 2008, this consultant received approval to assist Mr. Tubbs in enrolling in the authorized training. Mr. Tubbs enrolled in the authorized courses. We submitted a quote for a computer within the cost allowed by the Court Order for Mr. Tubbs, but it was denied by AIG. We were awaiting response from the Court regarding how to proceed regarding the computer purchase. Mr. Tubbs did not complete the Keyboarding class, reportedly due to the lack of a computer to aid him in completing the course. He has completed the Windows XP Basic, Hardware I, and Hardware II classes. He was awaiting a computer to complete the Keyboarding class and the Windows XP II class.

**NOTE: Computers are no longer being sold with the Windows XP operating systems, and now come with Windows Vista. Mr. Tubbs will need to take the Windows Vista Basic and Intermediate classes instead of finishing with Windows XP Intermediate class.**

## ACTIVITIES WEEK OF 11/14/08

On November 14, 2008, Mr. Tubbs called and advised our office that his new computer system is operated by Windows Vista.

## ACTIVITIES WEEK OF 11/21/08

On November 21, 2008, we received an authorization letter from Ms. Hawkins for Mr. Tubbs to complete his remaining short term classes: Keyboarding, Vista I and Vista II. Contact was made with Mr. Tubbs. We asked him to enroll in these classes, which start again after the first of the year.

## RECOMMENDATIONS

Mr. Tubbs was authorized for and has been instructed to enroll in short-term classes for the 2009 Spring Semester.

1. That this consultant maintain contact with Mr. Tubbs regarding his training, and that we facilitate Mr. Tubbs' enrollment in the last classes.

2. That **LDH Consultants, Inc.** be authorized to determine appropriate costs concerning Mr. Tubbs' retraining.

3. That this consultant submit another progress report in thirty days.

**I declare, under penalty of perjury, that I have examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Julie Ann Harvey, M.Ed., N.C.C., L.P.C., C.R.C.
Rehabilitation Consultant
**LDH Consultants, Inc.**

**I declare, under penalty of perjury, that I have also examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Lon Huff, M.S., C.R.C., C.D.M.S.
Rehabilitation Consultant
President, **LDH Consultants, Inc.**

:jh

cc: Ms. Shannon Hawkins,
Claims Representative
AIG, Inc.
8144 Walnut Hill Lane
Dallas, Texas 75231

cc: Antony C. "Tony" Link,
Attorney at Law
1501 Brookwood Avenue, Suite C
Duncan, Oklahoma 73533-1357

cc: David Reid,
Attorney at Law
Post Office Box 1710
Tulsa, Oklahoma 74101-1710