BEFORE THE WORKERS' COMPENSATION COURT OF THE STATE OF OKLAHOMA

FILED
WORKERS' COMPENSATION COURT
STATE OF OKLAHOMA
March 26, 2008
Robert L. Tharp
COURT CLERK

**In re claim of:**

| | |
|---|---|
| LARRY TUBBS<br>Claimant<br><br>TRACE INC<br>Respondent<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY<br>Ins. Carrier | Court Number: 2006-02077R<br><br>Claimant's Social Security Number: 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 |

**MISCELLANEOUS ORDER**

Now on this 26th day of MARCH, 2008, this cause came on for consideration pursuant to regular assignment and hearing on MARCH 26, 2008, before JUDGE MARY A. BLACK, at Oklahoma City, Oklahoma.

The Court having considered the evidence and records on file, and being well and fully advised in the premises FINDS AND ORDERS AS FOLLOWS:

- 1 -

THAT on November 13, 2007, the Court ordered Option A of the vocational rehabilitation benefits noted on Pages 7-8 of the LDH Consultants, Inc., report of August 28, 2007. A part of Option A is a computer with an estimated cost of $1,200.00.

-2-

THAT the respondent and/or insurance carrier is ordered to authorize and furnish the computer as part of Option A ordered on November 13, 2007, by this Court.

BY ORDER OF:

/s/ Mary A. Black

MARY A. BLACK, JUDGE

../TSamples

EXHIBIT 6

A copy of the above and foregoing Court Order was mailed, by regular or Certified United States Mail, on this filed stamped date to:

| | |
|---|---|
| Claimant's Attorney: | ANTONY C LINK<br>1501 BROOKWOOD AVE STE C<br>DUNCAN, OK 73533-1357 |
| Respondent's Attorney: | VICTOR R. SEAGLE<br>C/O DAVID P REID<br>PO BOX 1710<br>TULSA, OK 74101-1710 |

I do hereby certify that the above and foregoing is a true and correct copy of the original order signed by the Judge herein. Witness by my hand and the official seal of this court on this date.

WORKERS' COMPENSATION COURT OFFICIAL SEAL OF OKLAHOMA

Court Clerk
March 26, 2008