On January 10, 2008, this consultant received approval to assist Mr. Tubbs in enrolling in the authorized training. Mr. Tubbs enrolled in the authorized courses. We submitted a quote for a computer within the cost allowed by the Court Order for Mr. Tubbs, but it was denied by AIG. We were awaiting response from the Court regarding how to proceed regarding the computer purchase. Mr. Tubbs did not complete the Keyboarding class, reportedly due to the lack of a computer to aid him in completing the course. He has completed the Windows XP Basic, Hardware I, and Hardware II classes. He was awaiting a computer to complete the Keyboarding class and the Windows XP II class.

**NOTE: Computers are no longer being sold with the Windows XP operating systems, and now come with Windows Vista. Mr. Tubbs will need to take the Windows Vista Basic and Intermediate classes instead of finishing with Windows XP Intermediate class.**

## ACTIVITIES WEEK OF 10/10/08

On October 8, 2008, Mr. Tubbs contacted our office and advised that a DELL printer was delivered to his home, but not a computer. The address was also incorrectly listed as Cameron University, OK, instead of Lawton, OK. We provided him the number to DELL so that he could talk with them and correct his address, and to determine if the computer had been shipped, as we had not been notified that the computer had received final approval. Mr. Tubbs later called and advised that he spoke with DELL and was advised he should be receiving the rest of the computer between now and October 31, 2008. He said he would let our office know when he received the rest of the computer.

## ACTIVITIES WEEK OF 11/14/08

On November 10, 2008, we contacted Mr. Tubbs to determine if the rest of the computer had been delivered to his home. He stated that he had received the entire computer, but had not called our office to advise receipt. We asked him if he was ready to finish his short-term training courses, and he advised he had no vehicle as he would be repairing his vehicle over the next one to two months. We reviewed the short-term class schedule and found that the next available start date is January, 2009.

## RECOMMENDATIONS

Mr. Tubbs was authorized for and enrolled in short-term classes, and reported difficulty keeping up with the classes because he did not have a computer to assist him with his homework. Therefore, we recommend:

Larry Tubbs - Page 3
November 11, 2008

1) That this consultant maintain contact with Mr. Tubbs regarding his training, and that we facilitate Mr. Tubbs' enrollment in the last classes after he obtains a computer.

2) **PLEASE ADVISE if it is approved that Mr. Tubbs complete his remaining short term classes. He will need to retake Keyboarding, and take Windows Vista I and Windows Vista II, as Windows XP is not the prevalent operating system any longer. Please send our office written statement that Mr. Tubbs is allowed to enroll in these three short-term classes, or you may fax the letter to Pearl Brown at 1-580-250-5696, carbon copying our office.**

3) That **LDH Consultants, Inc.** be authorized to determine appropriate costs concerning Mr. Tubbs' retraining.

4) That this consultant submit another progress report in thirty days.

**I declare, under penalty of perjury, that I have examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Julie Ann Harvey

Julie Ann Harvey, M.Ed., N.C.C., L.P.C., C.R.C.
Rehabilitation Consultant
**LDH Consultants, Inc.**

**I declare, under penalty of perjury, that I have also examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Lon Huff

Lon Huff, M.S., C.R.C., C.D.M.S.
Rehabilitation Consultant
President, **LDH Consultants, Inc.**

:jh

cc: Ms. Shannon Hawkins,
Claims Representative
AIG, Inc.
8144 Walnut Hill Lane
Dallas, Texas 75231

cc: Antony C. "Tony" Link,
Attorney at Law
1501 Brookwood Avenue, Suite C
Duncan, Oklahoma 73533-1357

cc: David Reid,
Attorney at Law
Post Office Box 1710
Tulsa, Oklahoma 74101-1710

Lon Huff, C.R.C., C.D.M.S., L.P.C.
President

LDH
CONSULTANTS INC.

Ann Chipman
Vice President

December 15, 2008

The Honorable Mary A. Black, Judge
Workers' Compensation Court of Oklahoma
1915 North Stiles
Oklahoma City, Oklahoma 73105

| | | | |
|---|---|---|---|
| Claimant: | Larry Tubbs | Respondent: | Trace, Inc. |
| Attorney: | Antony C. Link | Attorney: | David P. Reid |
| Consultant: | Julie Harvey | Ins Carrier: | AIG, Inc. |
| Claim #: | [redacted] | WCC#: | 2006-02077-R |
| SS#: | | | |
| DOI: | January 26, 2006 | LDH #: | T07-0297-R |

| | |
|---|---|
| Name of Plan: | Short-Term Computer Classes |
| Location of Plan: | Great Plains Technology Center, Lawton, Oklahoma |
| Beginning Date: | Spring, 2008 |
| Completion Date: | Spring, 2009 (Extended Due to Computer Purchase) |

## VOCATIONAL PROGRESS REPORT

### NARRATIVE

On August 28, 2007, **LDH Consultants, Inc.**, completed a Vocational Evaluation for Mr. Tubbs. In November, 2007, a Court Order awarded Mr. Tubbs Option A of the Vocational Evaluation, Short-Term Computer classes, not to exceed $2,500.00 through Great Plains Technology Center, as well as the purchase of a computer, not to exceed $1,200.00.

On January 10, 2008, this consultant received approval to assist Mr. Tubbs in enrolling in the authorized training. Mr. Tubbs enrolled in the authorized courses. We submitted a quote for a computer within the cost allowed by the Court Order for Mr. Tubbs, but it was denied by AIG. We were awaiting response from the Court regarding how to proceed regarding the computer purchase. Mr. Tubbs did not complete the Keyboarding class, reportedly due to the lack of a computer to aid him in completing the course. He has completed the Windows XP Basic, Hardware I, and Hardware II classes. He was awaiting a computer to complete the Keyboarding class and the Windows XP II class.

**NOTE: Computers are no longer being sold with the Windows XP operating systems, and now come with Windows Vista. Mr. Tubbs will need to take the Windows Vista Basic and Intermediate classes instead of finishing with Windows XP Intermediate class.**

**ACTIVITIES WEEK OF 11/14/08**

On November 14, 2008, Mr. Tubbs called and advised our office that his new computer system is operated by Windows Vista.

**ACTIVITIES WEEK OF 11/21/08**

On November 21, 2008, we received an authorization letter from Ms. Hawkins for Mr. Tubbs to complete his remaining short term classes: Keyboarding, Vista I and Vista II. Contact was made with Mr. Tubbs. We asked him to enroll in these classes, which start again after the first of the year.

**RECOMMENDATIONS**

Mr. Tubbs was authorized for and has been instructed to enroll in short-term classes for the 2009 Spring Semester.

1. That this consultant maintain contact with Mr. Tubbs regarding his training, and that we facilitate Mr. Tubbs' enrollment in the last classes.

2. That **LDH Consultants, Inc.** be authorized to determine appropriate costs concerning Mr. Tubbs' retraining.

3. That this consultant submit another progress report in thirty days.

**I declare, under penalty of perjury, that I have examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Julie Ann Harvey, M.Ed., N.C.C., L.P.C., C.R.C.
Rehabilitation Consultant
**LDH Consultants, Inc.**

**I declare, under penalty of perjury, that I have also examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Lon Huff, M.S., C.R.C., C.D.M.S.
Rehabilitation Consultant
President, **LDH Consultants, Inc.**

:jh

cc: Ms. Shannon Hawkins,
Claims Representative
AIG, Inc.
8144 Walnut Hill Lane
Dallas, Texas 75231

cc: Antony C. "Tony" Link,
Attorney at Law
1501 Brookwood Avenue, Suite C
Duncan, Oklahoma 73533-1357

cc: David Reid,
Attorney at Law
Post Office Box 1710
Tulsa, Oklahoma 74101-1710

Lon Huff, C.R.C., C.D.M.S., L.P.C.
President

LDH
CONSULTANTS INC.

Ann Chipman
Vice President

March 12, 2009

The Honorable Mary A. Black, Judge
Workers' Compensation Court of Oklahoma
1915 North Stiles
Oklahoma City, Oklahoma 73105

| | | | |
|---|---|---|---|
| Claimant: | Larry Tubbs | Respondent: | Trace, Inc. |
| Attorney: | Antony C. Link | Attorney: | David P. Reid |
| Consultant: | Julie Harvey | Ins Carrier: | AIG, Inc. |
| Claim #: | [redacted] | WCC#: | 2006-02077-R |
| SS#: | | | |
| DOI: | January 26, 2006 | LDH #: | T07-0297-R |

| | |
|---|---|
| Name of Plan: | Short-Term Computer Classes |
| Location of Plan: | Great Plains Technology Center, Lawton, Oklahoma |
| Beginning Date: | Spring, 2008 |
| Completion Date: | Spring, 2009 (Extended Due to Computer Purchase) |

## VOCATIONAL PROGRESS REPORT

### NARRATIVE

On August 28, 2007, **LDH Consultants, Inc.**, completed a Vocational Evaluation for Mr. Tubbs. In November, 2007, a Court Order awarded Mr. Tubbs Option A of the Vocational Evaluation, Short-Term Computer classes, not to exceed $2,500.00 through Great Plains Technology Center, as well as the purchase of a computer, not to exceed $1,200.00.

On January 10, 2008, this consultant received approval to assist Mr. Tubbs in enrolling in the authorized training. He was awaiting a computer to complete the Keyboarding class and the Windows XP II class. He was also authorized to take an Intro to Computers class, Microsoft Access class, Microsoft Excel class, and Microsoft Word class, if offered.

**NOTE: There has been some confusion as to whether Mr. Tubbs computer came with an XP or Vista operating system. Mr. Tubbs has now advised that he does have Vista on his computer. Vista classes were approved by the carrier.**

**ACTIVITIES WEEK OF 1/30/09**

On January 27, 2009, we contacted Mr. Tubbs, who advised he was enrolled in the Keyboarding class, which started on January 13, 2009. He is attending class regularly. Contact was made with the school to determine if they would offer a Windows XP Intermediate class, and they advised it was no longer available.

**ACTIVITIES WEEK OF 2/6/09**

On February 4, 2009, contact was made with Mr. Tubbs. We explained he needed to enroll in Intro to Computer, Excel, and Word classes this semester, since they are offered. The Microsoft Access class is not available at this time.

**ACTIVITIES WEEK OF 3/13/09**

On March 10, 2009, contact was made with Mr. Tubbs. He stated his computer was actually a Vista operating system. He advised he started the Vista Fundamentals class on February 23, 2009, but has been unable to finish it due to a "flare up" of his back and right leg. He stated he is undergoing an MRI on March 11, 2009, to determine what has happened to his leg, which he claims is all related to his workers' compensation claim. He stated he was unable to complete his Beginning Keyboarding class, as well, which was scheduled to end on February 19, 2009. He stated he was not going to enroll in any additional classes until his medical problem could be resolved.

Mr. Tubbs may need to re-take Beginning Keyboarding and Vista Fundamentals. He is going to check with his instructors to determine if he can finish the class without having to re-enroll in them. He also needs to take Intro to Computers, Excel 2007, and Word 2007.

**RECOMMENDATIONS**

Mr. Tubbs was authorized for and enrolled in short-term classes. He initially had difficulty completing the classes because he did not have a computer to assist him with his homework, but this issue has been resolved. Now it appears that Mr. Tubbs is

having medical problems he says are precluding him from attending his classes. We recommend:

1. That this consultant maintain contact with Mr. Tubbs regarding his training, and that we facilitate Mr. Tubbs' enrollment in the last classes.

2. That **LDH Consultants, Inc.** be authorized to determine appropriate costs concerning Mr. Tubbs' retraining.

3. That this consultant maintain contact with Mr. Tubbs regarding his MRI results and medical situation to determine how it will continue to affect his training.

4. That this consultant submit another progress report in thirty days.

**I declare, under penalty of perjury, that I have examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Julie Ann Harvey

Julie Ann Harvey, M.Ed., N.C.C., L.P.C., C.R.C.
Rehabilitation Consultant
**LDH Consultants, Inc.**

**I declare, under penalty of perjury, that I have also examined this report, and all statements contained herein are, to the best of my knowledge and belief, true, correct and complete.**

Lon Huff

Lon Huff, M.S., C.R.C., C.D.M.S.
Rehabilitation Consultant
President, **LDH Consultants, Inc.**

:jh

Larry Tubbs - Page 4
March 12, 2009

cc: Antony C. "Tony" Link,
Attorney at Law
1501 Brookwood Avenue, Suite C
Duncan, Oklahoma 73533-1357

cc: David Reid,
Attorney at Law
Post Office Box 1710
Tulsa, Oklahoma 74101-1710

cc: Ms. Shannon Hawkins,
Claims Representative
AIG, Inc.
8144 Walnut Hill Lane
Dallas, Texas 75231

LDH CONSULTANTS INC
3233 EAST MEMORIAL RD STE 107A
EDMOND
OK 73013

**Remittance –**
COMMERCE AND INDUSTRY INSURANCE CO.

No.:27542013
RFP No.:00684849
06/12/2008

**Insured:** TRACE INC
**Claimant:** TUBBS LARRY
**Producer:**
ACT:LDH-38009/04

**Claim Office:** 710

052708-053008

| Policy | Claim | Sym. | DOL | Typ | S | Amount | Total To Date |
|---|---|---|---|---|---|---|---|
| 000003420438 | 00213879 | 01 | 01/26/2006 | IND | 0 | $117.35 | $16,486.04 |

**Use file #** 710-00213879 **on all correspondence, for prompt processing.**
**For check information call:** 800-486-2422