# COURTROOM MINUTE SHEET

DATE 10-7-09

CIVIL NO. CIV-08-1014 -F

Larry Tubbs -vs- Commerce & Industry Insurance Company

COMMENCED 9:00 ENDED 10:00 TOTAL TIME 1 hour

PROCEEDINGS Motion hearing

JUDGE STEPHEN P. FRIOT DEPUTY LORI GRAY REPORTER TRACY WASHBOURNE

PLF COUNSEL Rick Bisher

DFT COUNSEL Jane Cowdery

ENTER: The court hears arguments of counsel. Plaintiff's Motion to Exclude the Testimony of Defendants' Expert, Jim Schratz (doc. no. 99) is **GRANTED**, for the reasons set forth in detail on the record. The proposed expert opinions and conclusions of Mr. Schratz will be excluded. This ruling does not necessarily exclude "standards" testimony by Mr. Schratz. Defendants' Emergency Motion for Continuance of Trial Date (doc. no. 134) is **GRANTED**. This case is reset on the court's 11/9/09 trial docket. Docket call is reset for 11/6/09 at 11:30 a.m.